# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| JON PAUL KATHRINER<br>SHANNON JEAN KATHRINER,<br>Debtors. | 15-30150 WTT<br>[Chapter 7] |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The check listed below represents small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**  **CHECK AMOUNT**

Questar Gas Company                                               $3.79
Bankruptcy DNR 244
1140 West 200 South
PO Box 3194
Salt Lake City, UT 84110-3194

The address listed above constitutes the last known address in question. The check in the amount of $3.79 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this 18th day of August, 2016.

_____
Michael F. Thomson, Trustee

FILED IN THE UNITED STATES BANKRUPTCY COURT
2016 AUG 22 A 11:46
DISTRICT OF UTAH
MAIL